**Order filed May 7, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00252-CV
_____

### CHRISTOPHER MULGREW, Appellant

### V.

### SPECTRASEIS, INC., Appellee

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-41761**

## ORDER

The notice of appeal in this case was filed March 25, 2013. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **May 22, 2013.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM